NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TCL CORPORATION, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC.,**
*Appellants*

**v.**

**TELEFONAKTIEBOLAGET LM ERICSSON,**
*Appellee*

---

2017-1650, -1651, -1653

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01605, IPR2015-01622, and IPR2015-01628.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The Certified Lists are due no later than April 3, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32